In the Matter of CYRUS DUREY, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant.

*Practice — depositions — sufficiency of petition.*

*Matter of Durey,* 223 App. Div. 70, affirmed.

(Argued May 28, 1928; decided June 12, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 17, 1928, which affirmed an order of Special Term directing the taking of a deposition to perpetuate testimony.

The following question was certified: " Is the respondent's petition sufficient to sustain an order permitting him to take the testimony by deposition of Truman J. Whitman under article 31. of the Civil Practice Act? "

*Albert Ottinger, Attorney-General (C. S. Ferris* of counsel), for appellant.

*Alfred D. Dennison* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.